**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00177 |
| | § | |
| WILLIAM KELLY | § | |
| PAULETTE KELLY | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/05/2011, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/08/2011          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00177 |
| | § | |
| WILLIAM KELLY | § | |
| PAULETTE KELLY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $3,935.39
*and approved disbursements of*      $0.00
*leaving a balance on hand of[1]:*      $3,935.39

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:      $0.00
Remaining balance:      $3,935.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $983.85 | $0.00 | $983.85 |
| David Leibowitz, Trustee Expenses | $67.10 | $0.00 | $67.10 |

Total to be paid for chapter 7 administrative expenses:      $1,050.95
Remaining balance:      $2,884.44

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $2,884.44 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $2,884.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,944.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | American Infosource Lp As Agent for Target | $1,375.28 | $0.00 | $571.23 |
| 3 | Patterson Dental Center | $66.48 | $0.00 | $27.61 |
| 4 | GE Money Bank dba LOWES CONSUMER | $421.52 | $0.00 | $175.08 |
| 5 | Capital Recovery III LLC/ HSBC Bank Nevada NA | $1,957.41 | $0.00 | $813.02 |
| 6 | Cavalry Portfolio Serv (Washington Mutual Bank) | $3,123.83 | $0.00 | $1,297.50 |

|  | Total to be paid to timely general unsecured claims: | $2,884.44 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                          Case No. 10-00177-JPC
William E Kelly                                                 Chapter 7
Paulette A Kelly
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: wepps               Page 1 of 2              Date Rcvd: Apr 11, 2011
                             Form ID: pdf006           Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
db/jdb       +William E Kelly,    Paulette A Kelly,    2832 S Poplar Ave,    Chicago, IL 60608-5910
aty          +Jeffrey Collins,    U.S. Law Attorneys,    1251 N Plum Grove Rd Suite 160,
               Schaumburg, IL 60173-5603
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14927104     +AT&T,   PO Box 8100,    Aurora, IL 60507-8100
14927102     +Advocate Illnois Medical Center,    836 W. Wellington Ave.,    Chicago, IL 60657-5147
14927103     +Asset Recovery,    2200 E. Devon Ave Suite 220,    Des Plaines, IL 60018-4501
14927105     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
14927106      Blatt, Hasenmiller, Liebsker & Moore LLC,    125 South Wacker Drive Suite 400,
               Chicago, IL  60606-4440
14927109     ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
             (address filed with court:  Cavalry Portfolio Serv (original Cr,     7 Skyline Dr Ste 3,
               Hawthorne, NY  10532)
14927107      Cabelas Club,   PO Box 680439,    Dallas, TX  75268-0433
14927108     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
14927110     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14927111     +Collection Prof/lasal (original Cre,    723 1st St,    La Salle, IL 61301-2535
14927114      HSBC Retail Services (Best Buy),    PO Box 17298,    Baltimore, MD  21297-1298
14927115      HSBC Retail Services (Menards),    PO Box 17602,    Baltimore, MD  21297-1602
14927116      IC System,    PO Box 64887,    St Paul, MN  55164-0887
14927100     +Kelly Paulette A,    2832 S Poplar Ave,    Chicago, IL 60608-5910
14927099     +Kelly William E,    2832 S Poplar Ave,    Chicago, IL 60608-5910
14927118     +MGC Mortgage Company,    75 Remittance Drive, Suite 6664,    Chicago, IL 60675-6664
14927117     +Malcolm S. Gerald And Associates Inc,    332 South Michigan Avenue, Suite 600,
               Chicago, IL 60604-4318
14927119     +Midstate Collection So (original Cr,    Po Box 3292,    Champaign, IL 61826-3292
14927120     +Natcreadj,    327 W 4th St,    Hutchinson, KS 67501-4842
14927121     +National Credit Adjust (original Cr,    327 W 4th Ave,    Hutchinson, KS 67501-4842
15534094     +Patterson Dental Center,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
14927122     +Pentagroup Financial (original Cred,    5959 Corporate Dr Ste 14,    Houston, TX 77036-2302
14927123     +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
14927124     +Radio/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15062686     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court:  Snap-on Credit LLC,     950 Technology Way, Ste 301,
               Libertyville, IL 60048)
14927125     +Snaponcred,    1125 Tri-state Parkway,    Gurnee, IL 60031-9177
14927126      Target,    PO Box 59317,    Minneapolis, MN  55459-0317
14927127     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
14927128     +Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
14927129     +Woodmaster Tools, Inc.,    1431 N. Topping Ave.,    Kansas City, MO 64120-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15437558      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2011 00:10:43
               American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
15809102      E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2011 00:17:33     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14927112      E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2011 00:17:31     GE Money Bank,   PO Box 981127,
               El Paso, TX  79998-1127
15692338     +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2011 00:17:31     GE Money Bank dba LOWES CONSUMER,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14927113      E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2011 00:17:31     Gemb/lowes,   Po Box 103065,
               Roswell, GA  30076
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14927101     ##+Jeffrey Collins Attorney,    71 Scully Drive,    Schaumburg, IL 60193-1671
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: wepps              Page 2 of 2             Date Rcvd: Apr 11, 2011
                              Form ID: pdf006          Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**            **Signature:** *Joseph Speetjens*